IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WAYNE THOMPSON,                         No. 2:15-cv-2236-TLN-CMK-P

      Petitioner,

  vs.                                                                    <u>ORDER</u>

STATE OF CALIFORNIA,

      Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion to proceed in forma pauperis (Doc. 7).  However, the court has also received the full filing fee from petitioner, rendering his motion unnecessary.

      Also pending before the court is petitioner's petition for writ of habeas corpus (Doc. 1).  "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition."  <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994); <u>see also</u> Rule 2(a), Federal Rules Governing Section 2254 Cases.  Here, petitioner names the State of California as the respondent to his petition.  Because petitioner has not named the appropriate state officer, petitioner will be provided leave to amend to correct this

1

technical defect by naming the correct respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (Doc. 7) is denied as unnecessary;

2. Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with leave to amend;

3. Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order; and

4. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED:  April 29, 2016

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE